**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 23–00660–eg                    Chapter: 13

**In re:**

William Owen James
aka William O James, aka William James

| **Entered By The Court** **7/20/23** | ORDER | **Filed By The Court** **7/20/23** **L. Jefferson Davis, IV** **Clerk of Court** **US Bankruptcy Court** |

CIII Order – The plan does not comply with the requirements of Chapter 13. Therefore, confirmation is denied and the case is hereby dismissed with prejudice based upon a previous Order directing that any dismissal of this case would be with prejudice. The debtor(s) is/are hereby directed not to file a Petition under Chapter(s) 11, 12, 13 for a period of 1 year from the entry of this Order. (related document(s)42).

Elisabetta G.M. Gasparini
United States Bankruptcy Judge